IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LAMINA PACKAGING INNOVATIONS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>FRANCIS FORD COPPOLA PRESENTS, LLC, and FRANCIS FORD COPPOLA WINERY, LLC,<br>                Defendants. | Case No. 2:12-cv-311-UA-SPC<br><br>JURY TRIAL DEMANDED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Lamina Packaging Innovations, LLC, and defendants Francis Ford Coppola Presents, LLC, and Francis Coppola Winery, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated September 24, 2012. Each party will bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

*/s/Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar #774065
bgilchrist@addmg.com
Tricia M. Wozniak, FL Bar #71236
twozniak@addmg.com
ALLEN, DYER, DOPPELT
  MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

/s/ *Darrell G. Dotson*
Darrell G. Dotson, TX Bar #24002010
Admitted *Pro Hac Vice*

darrell@stevenslove.com
STEVENS LOVE
P. O. Box 3427
Longview, TX 75606-3427
Telephone: (903) 653-6760
Facsimile: (903) 653-6761

*Counsel for Plaintiff,*
*Lamina Packaging, Inc.*

*/s/Claude M. Stern*
Claude M. Stern, CA Bar #96737
claudestern@quinnemanuel.com
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Specially Appearing for Defendants,*
*Francis Ford Coppola Presents, LLC*
*Francis Ford Coppola Winery, LLC*

## CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on October 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I further certify that the foregoing document is being served this date on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Claude M. Stern, CA Bar #96737
claudestern@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: 650-801-5000
Fax: 650-801-5100

Counsel for Defendants,
Francis Ford Coppola Presents, LLC
Francis Ford Coppola Winery, LLC

/s/ *Darrell G. Dotson*
Darrell G. Dotson TX Bar #24002010

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LAMINA PACKAGING INNOVATIONS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>FRANCIS FORD COPPOLA PRESENTS, LLC, and FRANCIS FORD COPPOLA WINERY, LLC,<br><br>                Defendants. | Case No. 2:12-cv-311-UA-SPC<br><br>JURY TRIAL DEMANDED |

## **ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff, Lamina Packaging Innovations, LLC, and defendants, Francis Ford Coppola Presents, LLC, and Francis Coppola Winery, LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby.

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Lamina Packaging Solutions, LLC and defendants, Francis Ford Coppola Presents, LLC., and Francis Coppola Winery, LLC, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated September 24, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.