IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LAMINA PACKAGING INNOVATIONS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>FRANCIS FORD COPPOLA PRESENTS, LLC, and FRANCIS FORD COPPOLA WINERY, LLC,<br><br>     Defendants. | Case No.  2:12-cv-311-UA-SPC<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff, Lamina Packaging Innovations, LLC, and defendants, Francis Ford Coppola Presents, LLC, and Francis Coppola Winery, LLC, in this case, and the Court being of the opinion that said motion should be and is hereby GRANTED.  Therefore, it is

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Lamina Packaging Solutions, LLC and defendants, Francis Ford Coppola Presents, LLC., and Francis Coppola Winery, LLC, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated September 24, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.  The Clerk is directed to close this case.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

S:\FT MYERS cases\12-cv-322 dismissal.doc